# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25−30290−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **High Ridge Construction, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**6/17/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:         MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                   Christy L Heimer
511 E. San Antonio Ave., Rm. 444         PO Box 140193
EL PASO, TX 79901                        Austin, TX 78714

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** *ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 3/20/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

| | |
|---|---|
| In re: | Case No. 25-30290-cgb |
| High Ridge Construction, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: 148 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | High Ridge Construction, Inc., 10490 Dyer St., Suite B, El Paso, TX 79924-2706 |
| 18874118 | + | Baker Distribution Company, P.O. Box 848459, Dallas, TX 75284-8459 |
| 18874119 | + | Century Bank, c/o James W. Brewer, 221 N. Kansas Suite 1700, El Paso, TX 79901-1401 |
| 18874123 | + | Christensen Building Group, LLC, c/o Sydney Warren, 600 Travis Street, Suite 5600, Houston, TX 77002-2909 |
| 18874126 | + | Dantek Systems, Inc., c/o Stephen H. Nickey, 1201 N. Mesa St. #B, El Paso, TX 79902-4000 |
| 18874127 | + | Dantek Systems, nc., c/o Stephen H. Nickey, 1201 N. Mesa, Suite B, El Paso, TX 79902-4000 |
| 18874128 | + | Distribution International, c/o Susan M. Forbes, 701 Texas Ave., El Paso, TX 79901-1421 |
| 18874129 | + | Ferguson Enterprises, LLC, Attn: Bankruptcy, P.O. Box 740827, Los Angeles, CA 90074-0827 |
| 18874130 | + | Harrington Construction, LLC, c/o Raymond Douglas Rees, 900 Jackson, Suite 100, Dallas, TX 75202-4452 |
| 18874131 | | Imperial Construction, Inc., c/o Toby W. Burke, 400 1-20 West, Suite 200, Weatherford, TX 76086 |
| 18874133 | + | Johnstone Supply El Paso, 800 Tony Lama Rd. #B, El Paso, TX 79915-1344 |
| 18874135 | + | Mechanical Representatives, Inc., c/o Hector Beltran, 1401 N. Kansas St., El Paso, TX 79902-4230 |
| 18874137 | + | ODK Capital, LLC, c/o Stephen Allen, 80 Minuteman Road, Andover, MA 01810-1008 |
| 18874138 | + | Summit Electric Supply Company, c/o Scott R. Huete, 400 Manhattan Blvd., Harvey, LA 70058-4442 |
| 18874140 | + | Sun City Winnelson Co., 7179 Copper Queen Dr., El Paso, TX 79915-1226 |
| 18874144 | + | Trane US, Inc., c/o Lawrence Falli, 3821 Juniper Trace, Suite 108, Austin, TX 78738-5514 |
| 18874145 | + | United Rentals, Inc., c/o Lawrence Falli, 3821 Juniper Trace, Suite 108, Austin, TX 78738-5514 |
| 18874148 | | United States Trustee's Office, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18874149 | + | Winsupply of El Paso, 1465 Henry Brennan Dr. Suite E, El Paso, TX 79936-6815 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 20 2025 22:25:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18874116 | + | EDI: AISACG.COM | Mar 21 2025 02:15:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 18874117 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 22:38:01 | American Express Business Gold Card, Attn: Bankruptcy, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 18874120 | + | EDI: JPMORGANCHASE | Mar 21 2025 02:15:00 | Chase Auto Finance, Attn: Bankruptcy, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 18874121 | + | EDI: JPMORGANCHASE | Mar 21 2025 02:15:00 | Chase MileagePlus United, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 18874122 | + | EDI: JPMORGANCHASE | Mar 21 2025 02:15:00 | Chase Southwest Rapid Rewards, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 18874124 | + | EDI: CITICORP | Mar 21 2025 02:15:00 | Citi Advantage Business Card, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18874132 | | EDI: IRS.COM | Mar 21 2025 02:15:00 | P.O. Box 790046, Saint Louis, MO 63179-0046<br>Internal Revenue Service (IRS), Centralized Insolvency Office, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 18877781 | | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 20 2025 22:24:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 18874125 | | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 20 2025 22:24:00 | City of El Paso, c/o Don Stecker, Weston Centre, 112 E. Pecan St., Ste. 22, San Antonio, TX 78205-1588 |
| 18874134 | + | EDI: SYNC | Mar 21 2025 02:15:00 | Lowes, Attn: Bankruptcy, P.O. Box 669821, Dallas, TX 75266-0775 |
| 18874136 | + | Email/Text: Credit_Merchant@oreillyauto.com | Mar 20 2025 22:25:00 | O'Reilly Auto Parts, Attn: Bankruptcy, P.O. Box 9464, Springfield, MO 65801-9464 |
| 18874141 | + | EDI: LCITDAUTO | Mar 21 2025 02:15:00 | TD Auto Finance, Attn: Bankruptcy, P.O. Box 100295, Columbia, SC 29202-3295 |
| 18874142 | | Email/Text: pacer@cpa.state.tx.us | Mar 20 2025 22:25:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, P.O. Box 13528, Austin, TX 78711-3528 |
| 18874143 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 20 2025 22:25:00 | Texas Workforce Commission, TWC Building - Regulatory Integrity Divi, 101 East 15th Street, Austin, TX 78778-0001 |
| 18874146 | ^ | MEBN | Mar 20 2025 22:24:02 | United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| 18874147 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Mar 20 2025 22:24:00 | United States Attorney, Civil Process Clerk, Department of Justice, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18877788 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 18874139 | *+ | Summit Electric Supply Company, Inc., c/o Scott R. Huete, 400 Manhattan Blvd., Harvey, LA 70058-4442 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor High Ridge Construction Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Christy L Heimer | clheimer@trusteeheimer.com ch1@trustesolutions.net |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4